# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

September 26, 2013

Lyle W. Cayce
Clerk

_____

No. 11-41363

_____

UNITED STATES OF AMERICA,
     Plaintiff - Appellee

v.

RUBEN VARGAS-OCAMPO,
     Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, McAllen

_____

(Opinion March 14, 2013, 5 Cir., 2013, 711 F.3d 508)

Before STEWART, Chief Judge, KING, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES and HIGGINSON, Circuit Judges.

BY THE COURT:

A majority of the circuit judges in regular active service and not disqualified having voted in favor, on the Court's own motion, to rehear this case en banc,

IT IS ORDERED that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. Briefing instructions will be provided in the very near future.